THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP GOODSTEIN, Appellant.

Argued May 12, 1947; decided May 22, 1947.

*Abraham Jame* for appellant.

*Irving M. Gruber, Hugo V. Prucha, Sylvan D. Freeman, Nathan Siegel* and *Samuel Wechsler* for respondent.

Judgments reversed, complaint dismissed and fine remitted, on the ground the evidence did not establish the guilt of the defendant of the crime charged. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.